# EXHIBIT C

**CAUSE NO. 2020DCV-3095-B**

| | | |
|---|---|---|
| **MARY KAY MCGUFFIN** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **NUECES COUNTY, TEXAS** |
| | § | |
| **CINCH ENERGY SERVICES, LLC,** | § | |
| **ET AL.** | § | |
| | § | |
| *Defendants.* | § | **117th JUDICIAL DISTRICT** |

### PLAINTIFF MARY KAY MCGUFFIN'S THIRD AMENDED PETITION, REQUEST FOR ACCOUNTING, REQUEST FOR TEMPORARY INJUNCTION, DECLARATORY JUDGMENT, AND JURY DEMAND

Plaintiff Mary Kay McGuffin ("Plaintiff" or "McGuffin") files this Third Amended Petition, Request for Accounting, Request for Temporary Injunction, Declaratory Judgment, and Jury Demand against Cinch Energy Services, LLC, Cinch Wireline Services, LLC, Frank Thomas Shumate, Jr., Patron Wireline, LLC, and Justin Sprencel (collectively as "Defendants") and would respectfully show the Court the following:

## I. PARTIES

1.      Plaintiff Mary Kay McGuffin is an individual residing in Colorado County, Texas.

2.      Defendant Cinch Energy Services, LLC is a limited liability company with its principal business address of P.O. Box 707, Ganado, Texas, and has made an appearance in this case.

3.      Defendant Cinch Wireline Services, LLC is a limited liability company with its principal business located at 5821 Agnes St., Corpus Christi, TX 78406, and has made an appearance in this case.

4.      Defendant Frank Thomas Shumate. Jr. is an individual and has made an appearance in this case.

5. Defendant Patron Wireline, LLC is a Texas limited liability company with its principal office located at 5821 Agnes St., Corpus Christi, Texas 78406, and has made an appearance in this case.

6. Defendant Justin Sprencel is a Nueces County, Texas, resident and has made an appearance in this case.

## II. JURISDICTION AND VENUE

7. This Court has jurisdiction over this matter, as the damages in controversy are within the jurisdictional limits of this Court.

8. Pursuant to Texas Rule of Civil Procedure 47, Plaintiff is seeking monetary relief over $1,000,000.

9. Venue is proper in Nueces County because Defendant Frank Thomas Shumate, Jr. resided in Nueces County at the time the causes of action accrued.

10. Venue is also proper in Nueces County because Defendant Cinch Wireline Services, LLC's principal office is located in Nueces County.

11. Venue is also proper in Nueces County because Defendant Patron Wireline, LLC's principal office is located in Nueces County.

12. Venue is also proper in Nueces County because Defendant Justin Sprencel resides in Nueces County.

13. Venue is also proper in Nueces County because all or a substantial part of the events or omissions giving rise to the claims occurred in Nueces County.

### III.    DISCOVERY

14.    In accordance with Texas Rules of Civil Procedure, discovery in this case is intended to be conducted under Level 3.

### IV.    FACTS

15.    This case is about Corpus Christi resident Frank Thomas Shumate, Jr. ("Tom" or "Shumate"), taking advantage of Plaintiff Mary Kay McGuffin ("Plaintiff," "Kayce" or "McGuffin"), using her knowledge of the wireline business (oil and gas services) to lure her into helping him start a business, and then cutting her out.

**A.    Shumate's History**

16.    Shumate has a history (unknown to McGuffin at the time) of stealing the services of others, as evidenced by the recent judgment upheld by the 13th Court of Appeals in *Shumate v. Berry Contr., L.P.*, No. 13-19-00382-CV, 2021, Tex. App. LEXIS 5648, *1-2 (Tex. App.—Corpus Christi July 15, 2021, R. 53.7(f) motion filed). Bay sued Shumate in March 2012 under the Texas Theft Liability Act, as well as for fraud, conversion, and other claims for injuries allegedly discovered in 2011. *Id.* at *1. In its live pleading, Bay alleged that Shumate, in conspiracy with Bay employees, provided Bay's truck hauling services to third parties without compensating Bay. *Id.* at *1-2. Bay further alleged that Shumate utilized Bay's services, materials, equipment, and supplies to improve Shumate's real property. Bay alleged that in many cases, Shumate received payment from third parties for services provided by Bay. *Id.* at *2.

17.    The jury found in favor of Bay on each of its claims and assessed actual damages against Shumate in the amount of $896,090.47. *Id.* at *8-9. The jury also found that Bay was entitled to $4,480,452.35 in punitive damages and $392,253.60 in attorney's

Fees, plus conditional appellate attorney's fees. *Id.* at *9. Bay elected to recover on its Theft Liability Act claim. *Id.*

18.     The Thirteenth Court of Appeals held that the evidence established that Shumate engaged in a years-long scheme of misappropriating Bay's materials and services. *Id.* at *19. Further, the court held that the evidence established that Shumate, acting in concert with Bay's employees, engaged in a purposeful scheme to deceive Bay and procure the use of Bay's services and materials for Shumate's benefit. *Id.* The court acknowledged that Shumate's actions, as found by the jury, were clearly the result of intentional trickery or deceit as opposed to accidental behavior. *Id.* at 19-20. The court concluded that, on balance, the reprehensibility guidepost supported the award of punitive damages against Shumate. *Id.* at *20.

**B.      Shumate Gains the Trust of McGuffin**

19.     McGuffin met Shumate in approximately 1985 when Shumate was dating a friend of McGuffin's, who is now deceased. Shumate and McGuffin became good friends and established a friendship that lasted approximately 30 years. Shumate became like a brother to McGuffin, and McGuffin considered him a part of her family. He was McGuffin's friend and trusted advisor, and McGuffin called him such when McGuffin appointed him as the sole Independent Executor of her Will and estate and Trustee of the Mary Kay McGuffin Trust in her will. McGuffin also named Tom as her medical power of attorney and statutory durable power of attorney. McGuffin's boys called him "Uncle Tom." He bought McGuffin's son his first rifle, and he taught McGuffin's boys how to hunt. Tom was always talking to McGuffin about starting a business together. He told her

that if you work for somebody else, then you will never be successful; you need to own your own business.

## C. Formation of Cinch Wireline Services, LLC

20. McGuffin and Shumate began discussing starting a wireline business in 2014 because McGuffin had been employed for the prior 13 years, approximately, by the Wood Group, which provided wireline services to the oil and gas industry. McGuffin was not happy at the Wood Group after GE acquired it in approximately 2011. McGuffin knew the wireline business and had many client contacts. By the end of June 2014, Tom and McGuffin had reached an agreement to start Cinch Wireline Services, LLC. The discussions and negotiations regarding starting Cinch Wireline Services primarily took place at Tom's house located at or around 6118 King Trail, Corpus Christi, Nueces County, Texas, or on phone calls with Tom while he was at his house at 6118 King Trail, Corpus Christi, Nueces County, Texas. They did not have any discussions or negotiations in Jackson County, Texas. Tom was not living or residing in Alabama (or anywhere else other than Corpus Christi, Texas) at the time that they were negotiating the formation of the company, although he did take frequent fishing trips.

21. The agreement regarding Cinch Wireline Services was that McGuffin would provide the "sweat equity" (including managing the day-to-day operations, business generation, sourcing equipment and vendors, and other matters necessary to run the business) and Cinch Energy Services, LLC (of which Tom is a member) would provide the financial backing. They agreed that McGuffin would own 30% of Cinch Wireline Services, LLC and Cinch Energy Services, LLC would own 70%. McGuffin never worked for Cinch

Energy Services, LLC; Tom just directed that Cinch Energy Services, LLC pay McGuffin a salary so she could live while Cinch Wireline Services, LLC was getting up and going.

22.     Based on this agreement, McGuffin began putting vendors on notice, obtaining bids on manufacturing and services, engaging with future employees, contacting potential clients from her client list, and getting current market pricing in order, as well as other tasks required to start the business.

23.     Cinch Wireline Services, LLC used Tom's property at 6118 King Trail, Corpus Christi, Nueces County, Texas, for the yard to store equipment and trucks, and it was the home-base for all Cinch Wireline Services, LLC operations. The Cinch Wireline Services, LLC employees reported to the yard at 6118 King Trail, Corpus Christi, Nueces County, Texas. The only thing that occurred at the Ganado location was back-office work because that is where the Cinch Energy Services, LLC office workers were located.

24.     McGuffin's company credit card statements were sent to Tom's house. They were addressed: Kayce McGuffin, FTS Trucking Co., Inc., 6118 King Trl, Corpus Christi, TX 78414-630918. "FTS" stands for Frank Thomas Shumate.

25.     Cinch Wireline Services, LLC is now located at 5821 Agnes St., Corpus Christi, Nueces County, Texas 78406.

26.     In September 2014, David S. Gibson, II (the lawyer used by Tom and Cinch Energy) prepared a written Company Agreement, but it conflicted with the oral agreement already made by McGuffin and Tom, which was that McGuffin would own 30% of Cinch Wireline, while the Company Agreement stated that McGuffin would own 20%. She also had other questions regarding the agreement, but McGuffin wanted to clear the ownership interest percentage first. She raised this with Tom, but he always avoided addressing it.

### C. Shumate Unilaterally Shuts McGuffin Out

27. In 2015, McGuffin was in her bedroom when she saw a strange person getting into her company vehicle parked outside of her house. She went outside with a gun and told him to get on the ground, which he did. McGuffin then called 911 because she thought the man was stealing the company vehicle. The person stated that he was there to take back the company vehicle. This was how McGuffin learned that she was purportedly being fired from Cinch Wireline Services. The police showed up and told McGuffin that she did not have to let the person take the vehicle because it was a civil matter, but McGuffin let him take it. McGuffin never received a formal notice or other communication regarding termination.

28. McGuffin still owns her membership interest, yet she has been shut out of the company and has not received any distributions nor been provided with an accounting.

29. Cinch Wireline has continued operating. Shumate has kept Cinch Wireline in good standing, filing Texas Franchise Tax Public Information Reports ("PIR").[1] In the 2015 PIR, dated November 10, 2015, Shumate is listed as President of Cinch Wireline, and Mark Lopez is listed as Vice President.[2] In the 2016 PIR, dated August 27, 2016, Shumate is listed as Director and President of Cinch Wireline.[3]

30. On February 14, 2018, Shumate individually signed a Certificate of Amendment purporting to amend the Certificate of Formation to show Cinch Energy, Justin Sprencel, and Patron Wireline, LLC as managing member.[4] In the 2019 PIR (dated

---

[1] Ex. A, 2015 PIR; Ex. B, 2016 PIR; Ex. C, 2019 PIR; Ex. D, 2020 PIR.
[2] Ex. A, 2015 PIR.
[3] Ex. B, 2016 PIR.
[4] Ex. E, 2018 Certificate of Amendment

September 13, 2019) and the 2020 PIR (dated October 15, 2020), Patron Wireline, LLC, Cinch Energy and Justin Sprencel are all listed as a managing members.[5] Shumate is the sole managing member of Patron Wireline, LLC.[6] In the most recent PIR for Patron Wireline, LLC, Shumate is listed as the sole member and director, with a mailing address of 5821 Agnes St., Corpus Christi, TX 78406.[7] Additionally, the principal place of business for Patron Wireline, LLC is listed as 5821 Agnes St., Corpus Christi, TX 78406.[8] Cinch Wireline's address is also listed as 5821 Agnes St., Corpus Christi, TX 78406 on its website.[9]

31.     Shumate is a managing member of Cinch Energy,[10] as well as the president.[11]

32.     Now that Cinch Energy, Justin Sprencel, and Patron Wireline are being treated as members purportedly with membership interests, they would be receiving distributions from Cinch Wireline Services or distributions from some other entity because of their purported membership and membership interests in Cinch Wireline, but McGuffin is entitled to her 30% membership interest.

## V.  CAUSES OF ACTION

### A.     Breach of Contract

33.     McGuffin incorporates the preceding paragraphs by reference as if fully set forth herein.

---

[5] Ex. C, 2019 PIR; Ex. D, 2020 PIR.
[6] Ex. F, Patron Wireline Certificate of Formation.
[7] Ex. G, Patron Wireline 2021 PIR.
[8] Ex. G, Patron Wireline 2021 PIR.
[9] Ex. H, website screenshot; https://cinchtexas.com/contact
[10] Ex. I, Certificate of Formation for Cinch Energy.
[11] Ex. J, Cinch Energy 2020 PIR.

34.     Defendants Shumate and Cinch Energy breached their agreement with McGuffin that she is a 30% owner of Cinch Wireline, holding a 30% membership interest, causing McGuffin's injuries. The damages and breach continue to this day as Cinch Wireline continues to operate without providing an accounting or making distributions to McGuffin.

## B.     Unjust Enrichment

35.     McGuffin incorporates the preceding paragraphs by reference as if fully set forth herein.

36.     McGuffin is entitled to recover under the theory of unjust enrichment because Defendants have obtained benefits from McGuffin by fraud, duress, or taking undue advantage, or the contemplated agreements are unenforceable, impossible, not fully performed, thwarted by mutual mistake, or void for other legal reasons. All Defendants have profited from Cinch Wireline's operation, but McGuffin, as a 30% owner, has not. 30% of Defendants' income derived from Cinch Wireline rightly belongs to McGuffin. This claim and damages continue to accrue.

## C.     Money Had and Received

37.     McGuffin incorporates the preceding paragraphs by reference as if fully set forth herein.

38.     Defendants hold money that belongs to McGuffin in equity and good conscience. All Defendants have profited from Cinch Wireline's operation, but McGuffin, as a 30% owner, has not. 30% of Defendants' income derived from Cinch Wireline rightly belongs to McGuffin. This claim and damages continue to accrue.

**D.      Breach of Fiduciary Duty**

39.      McGuffin incorporates the preceding paragraphs by reference as if fully set forth herein.

40.      Defendants, as purported members, officers and directors of Cinch Wireline, owe fiduciary duties to Cinch Wireline Services, LLC. Defendants breached their fiduciary duties to Cinch Wireline Services, LLC by having Cinch Wireline Services, LLC make improper distributions and  pay for personal items. Defendants also breached their duties to Cinch Wireline by favoring certain members, officers, or directors over Cinch Wireline's interests. Based on information and belief, Cinch Wireline Defendants' breaches resulted in injuries to Cinch Wireline Services, LLC, or benefits to the Defendants. Defendants put their interests ahead of Cinch Wireline Services, LLC. McGuffin is entitled to recover her actual damages for these breaches of fiduciary duties as well as equitable relief, including accounting and disgorgement.

41.      Defendant Shumate also breached fiduciary duties to McGuffin. As a trusted advisor and friend, Shumate owed McGuffin fiduciary duties, which he breached by taking advantage of her knowledge and experience in the wireline business to benefit himself through companies that he owns (at least in part). These breaches and damages continue to this day.

**E.      Declaratory Judgment**

42.      McGuffin incorporates the preceding paragraphs by reference as if fully set forth herein.

Pursuant to Chapter 37 of the Texas Civil Practices & Remedies Code, McGuffin seeks a declaration of the rights, status, and other legal relations of the parties in, to, and with respect to

Cinch Wireline, (1) Cinch Energy is no longer a Member of Cinch Wireline; (2) Sprencel is a Member with a 45% interest; (3) Mendietta is a Member with a 20% interest; and (4) McGuffin is a Member with a 30% interest.

**F.  Demand for Accounting**

43.  McGuffin incorporates the preceding paragraphs by reference as if fully set forth herein.

44.  The facts and accounts presented are so complex that relief may not be provided for at law. There is a close fiduciary relationship between the parties, and respondents have access to the information necessary to provide an accounting.

45.  Defendants hold, possess, or manage funds and will continue to hold, possess, or manage future funds from revenues to which Plaintiff is entitled in whole or in part.

46.  Plaintiff demands an accounting from Cinch Wireline Services, LLC.

47.  Plaintiff is entitled to an accounting from Defendants to determine the actual amounts due and owing to Plaintiff.

**G.  Constructive Trust**

48.  McGuffin incorporates the preceding paragraphs by reference as if fully set forth herein.

49.  Because of the unconscionable and wrongful conduct of Shumate and Cinch Energy, they will be unjustly enriched if they are allowed to retain the property stolen from McGuffin and Cinch Wireline and will be unjustly enriched if they are allowed to retain any property that was purchased with or comingled with their own property.

50. Accordingly, McGuffin and Cinch Wireline request a constructive trust be imposed on the property stolen, the proceeds, and any property of Shumate and Cinch Energy that has been acquired by them with McGuffin's and Cinch Energy's property or comingled with Shumate's and Cinch Energy's property.

**H.      Application for Temporary Injunction**

51. McGuffin incorporates the preceding paragraphs by reference as if fully set forth herein.

52. Based on information and belief, in November 2023, a special meeting of Cinch Wireline was called pursuant to the Cinch Wireline Operating Agreement for the purpose of taking a vote on whether  Cinch Energy should be expelled as a Member of Cinch Wireline.  Although duly notified, Cinch Energy failed to attend the meeting.  A vote was taken, and it was unanimously voted to expel Cinch Energy from Cinch Wireline.  As a result, Cinch Energy forfeited its membership in Cinch Wireline.

53. It was then unanimously decided that Sprencel is a forty-five percent (45%) holder of units, Mendietta is a twenty percent (20%) holder of units, and McGuffin is a thirty percent (30%) holder of units in Cinch Wireline.  These are the current owners of Cinch Wireline.  Cinch Energy was duly given notice of the results of the meeting.

54. Despite notice of the change of ownership, Cinch Energy and Shumate have continued to make business decisions purportedly on behalf of Wireline; selling off assets of Wireline; not paying off creditors of Wireline; diverting monies to Shumate or his other entities; and causing great diminution in the value of the membership units for each current Member.

55. Unless Shumate and Cinch Energy are restrained and enjoined from their wrongful conduct, the rightful owners of Cinch Wireline will sustain irreparable injury by

being prevented from making business decisions and running Cinch Wireline's dayto-day business operations. The value of the membership interests has been diluted and will continue to be diluted if this conduct is not enjoined. If not enjoined, Cinch Wireline will continue to lose value, not be able to pay its debts, and may become insolvent.

56. McGuffin has no other adequate remedy at law.

57. McGuffin has shown a probable right to recover on her claims and causes of action.

58. Injury or prejudice to the opposing party is minimal.

59. McGuffin's request for injunctive relief does not violate any public policy and, in fact, furthers the public policy of the State of Texas.

60. All requirements of section 65.011 of the Civil Practice and Remedies Code and all conditions precedent have been satisfied for the temporary relief sought herein and for the reasons set forth above.

61. McGuffin requests that a cash bond in the amount of $500.00 be posted in support of this request for injunctive relief, and that a hearing on a preliminary injunction be timely set.

62. McGuffin incorporates herein the declaration of Mary Kay McGuffin attached as Exhibit K hereto.

63. McGuffin requests that the Court order the following temporary injunction against the defendants:

- Enjoin the Defendants from making any business decision on behalf of Cinch Wireline;

- Enjoin the Defendants from selling or pledging any collateral of Cinch Wireline;

- Turning over all books, records, and financial documents to the current owners of Cinch Wireline;

- Turning over all bank accounts and accounts receivable of Cinch Wireline to the current owners;

- Enjoin the Defendants from writing any checks or withdrawing any deposits belonging to Cinch Wireline;

- Enjoin the Defendants from interfering with the business operations of Cinch Wireline.

**I.      Discovery Rule**

64.      The claims asserted by Plaintiff in this action are based on acts and omissions perpetrated and intentionally concealed by the Defendants. As such, the Defendants' acts and omissions were undiscoverable to Plaintiff, and Plaintiff affirmatively pleads the discovery rule with respect to those of her causes of action that the Defendants contend are barred by the Statute of Limitations.

**VI.      DAMAGES**

65.      Defendants' acts have been the producing and proximate causes of Plaintiff's actual damages in excess of the minimum jurisdictional limits of this court. Plaintiff is entitled to both general and special damages.

66.      Defendants' conduct was committed knowingly and intentionally. Plaintiff's injuries resulted from Defendants' fraud, malice, or gross negligence. Accordingly, Defendants are liable for exemplary damages.

**VII.      ATTORNEY'S FEES**

67.      Plaintiff is entitled to reasonable and necessary attorneys' fees pursuant to Chapter 38 of the Tex. Civ. Prac. & Rem. Code.

## VIII.   PERSONAL AND DERIVATIVE CLAIMS

68.     McGuffin brings her claims personally and derivatively as authorized by Tex. Bus. Org. Code §§ 101.451 – 101.463.

## IX.   CONDITIONS PRECEDENT

69.     All conditions precedent to bringing the above causes of action have been met or occurred.

## X.   ALTERNATIVE PLEADINGS

70.     The foregoing facts and theories are pled cumulatively and alternatively with no election or waiver of rights or remedies.

## XI.   TRIAL BY JURY

71.     Plaintiff requests a trial by jury and submits an appropriate jury fee.

## XII.   PRAYER

72.     Plaintiff prays that Defendants be cited to appear and that Plaintiff has judgment against Defendants for all relief requested and for such other and further relief, general and special, at law or in equity, to which Plaintiff is entitled, including but not limited to:

a.   All the actual damages and exemplary damages caused by the wrongful conduct complained of herein;
b.   Equitable relief including, but not limited to, an accounting and disgorgement;
c.   Reasonable and necessary attorney's fees;
d.   Pre- and post-judgment interest;
e.   Costs of suit; and
f.   Other such relief at law and equity for which Plaintiff may be justly entitled.

Respectfully submitted,

**BUTCH BOYD LAW FIRM**

_____

BUTCH BOYD
State Bar No. 00783694
butchboyd@butchboydlawfirm.com
JILLIAN SCHERRER
State Bar No. 24117793
jillianscherrer@butchboydlawfirm.com
2905 Sackett Street
Houston, TX 77098
Phone: (713) 589-8477
Fax:(713) 589-8563

**ATTORNEYS FOR PLAINTIFF, MARY KAY MCGUFFIN**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct of the above and the foregoing has been forwarded to all counsel of record in accordance with T.R.C.P. by the method indicated below on this 11th day of December 2023.

*Via E-Mail*
Melissa Christian
Email: melissa@smcesq.com
State Bar No. 24073110
Shann M. Chaudhry
Email: shann@smcesq.com
State Bar No. 24044711
Paul W. O'Finan
Email: paul@smcesq.com
State Bar No. 24027376
Shann M. Chaudhry, Esq., Attorney at Law PLLC
14100 San Pedro Ave., Suite 210
San Antonio, Texas 78232
Phone: (210) 646-9400
Fax: (210) 646-0038
Douglas Allison
Email: doug@dallisonlaw.com
State Bar No. 01083500
Law Offices of Douglas A. Allison
403 N. Tancahua Street
Corpus Christi, Texas 78401
Phone: (361) 888-6002
Fax: (361) 888-6651

*Via E-Mail*
Mitchell Clark
Email: mitchell@hilliard-law.com
State Bar No. 04283900
719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
Phone: (361) 882-1612
Fax: (361) 882-3015

***Via E-Mail***
Frank Weathered
Email: frank@weatheredlaw.com
State Bar No. 20998600
P.O. Box 6935
Corpus Christi, Texas 78466
Phone: (361) 904-3157
**ATTORNEYS FOR DEFENDANTS**

_____
BUTCH BOYD

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

05-102
(Rev.9-11/30)
■ Tcode 13196 Franchise

| ■ Taxpayer number | ■ Report year |
|---|---|
| 3 2 0 5 5 2 9 1 0 9 3 | 2 0 1 5 |

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.

Taxpayer name: **CINCH WIRELINE SERVICES, LLC**

Mailing address: **208 EAST YORK**

| City | State | ZIP Code | Plus 4 | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|---|
| GANADO | TX | 77962 | | 0802072974 |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!* Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3205529109315

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | Term expiration | m m d d y y |
|---|---|---|---|---|---|
| FRANK THOMAS SHUMATE JR | PRESIDENT | ● YES | | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| 6118 KING TRAIL | CORPUS CHRISTI | TX | 78414 |

| Name | Title | Director | | Term expiration | m m d d y y |
|---|---|---|---|---|---|
| MARK LOPEZ | VICE PRESIDENT | ● YES | | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| P.O. BOX 175 | GANADO | TX | 77962 |

| Name | Title | Director | | Term expiration | m m d d y y |
|---|---|---|---|---|---|
| | | ○ YES | | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| | | | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*   ● Blacken circle if you need forms to change the registered agent or registered office information.

Agent: **REHBEKAH BALLOU**

| Office: **208 EAST YORK** | City | State | ZIP Code |
|---|---|---|---|
| | GANADO | TX | 77962 |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ➤ | Title | Date | Area code and phone number |
|---|---|---|---|
| Travis S Cobb | Electronic | 11-10-2015 | ( 979 ) 543 - 5388 |

## Texas Comptroller Official Use Only

| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|

EXHIBIT

A



John B. Scott
Secretary of State

# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

Cinch Wireline Services, LLC
Filing Number: 802072974

| | |
|---|---|
| Certificate of Formation | September 29, 2014 |
| Public Information Report (PIR) | December 31, 2015 |
| Public Information Report (PIR) | December 31, 2016 |
| Change of Registered Agent/Office | January 09, 2018 |
| Certificate of Amendment | February 27, 2018 |
| Public Information Report (PIR) | December 31, 2019 |
| Public Information Report (PIR) | December 31, 2020 |

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on December 02, 2021.



John B. Scott
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555        Fax: (512) 463-5709        Dial: 7-1-1 for Relay Services
Prepared by: SOS-WEB         TID: 10266                  Document: 1098646480005

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

05-102
(Rev.9-11/30)
■ Tcode 13196 Franchise

| ■ Taxpayer number | ■ Report year |
|---|---|
| 3 2 0 5 5 2 9 1 0 9 3 | 2 0 1 6 |

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.

| Taxpayer name | CINCH WIRELINE SERVICES, LLC | | | |
|---|---|---|---|---|
| Mailing address | 208 EAST YORK | | | Secretary of State (SOS) file number or Comptroller file number |
| City GANADO | State TX | ZIP Code 77962 | Plus 4 | 0802072974 |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office |
|---|
| Principal place of business |

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3205529109316

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| MARK LOPEZ | VICE PRESI | ○ YES | | | | | |
| Mailing address P.O.BOX 175 | City GANADO | | | State TX | | ZIP Code 77962 | |
| Name FRANK THOMAS SHUMATE JR | Title DIRECTOR | ● YES | Director | Term expiration | m m | d d | y y |
| Mailing address 6118 KING TRAIL | City CORPUS CHRISTI | | | State TX | | ZIP Code 78414 | |
| Name FRANK THOMAS SHUMATE JR | Title PRESIDENT | ○ YES | Director | Term expiration | m m | d d | y y |
| Mailing address 6118 KING TRAIL | City CORPUS CHRISTI | | | State TX | | ZIP Code 78414 | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)* ○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent: **REHBEKAH BALLOU**

| Office: 208 EAST YORK | City GANADO | State TX | ZIP Code 77962 |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here! Travis S Cobb | Title Electronic | Date 08-27-2016 | Area code and phone number ( 979 ) 543 - 5388 |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ○ | PIR IND ○ |
|---|---|

EXHIBIT
B

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

05-102
(Rev.9-11/30)
Tcode 13196 Franchise

| Taxpayer number | Report year |
|---|---|
| 3 2 0 5 5 2 9 1 0 9 3 | 2 0 1 6 |

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.

Taxpayer name: **CINCH WIRELINE SERVICES, LLC**

Mailing address: **208 EAST YORK**

| City | State | ZIP Code | Plus 4 |
|---|---|---|---|
| GANADO | TX | 77962 | |

Secretary of State (SOS) file number or Comptroller file number: **0802072974**

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3205529109316

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | Term expiration | m m d d y y |
|---|---|---|---|---|---|
| **MARK LOPEZ** | **DIRECTOR** | ● YES | | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| **P.O.BOX 175** | **GANADO** | **TX** | **77962** |

| Name | Title | Director | | Term expiration | m m d d y y |
|---|---|---|---|---|---|
| | | ○ YES | | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|

| Name | Title | Director | | Term expiration | m m d d y y |
|---|---|---|---|---|---|
| | | ○ YES | | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*   ○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent: **REHBEKAH BALLOU**

| Office: **208 EAST YORK** | City **GANADO** | State **TX** | ZIP Code **77962** |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ Travis S Cobb | Title **Electronic** | Date **08-27-2016** | Area code and phone number **( 979 ) 543 - 5388** |
|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE ○ | PIR IND ○ |
|---|---|



John B. Scott
Secretary of State

# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

Cinch Wireline Services, LLC
Filing Number: 802072974

| | |
|---|---|
| Certificate of Formation | September 29, 2014 |
| Public Information Report (PIR) | December 31, 2015 |
| Public Information Report (PIR) | December 31, 2016 |
| Change of Registered Agent/Office | January 09, 2018 |
| Certificate of Amendment | February 27, 2018 |
| Public Information Report (PIR) | December 31, 2019 |
| Public Information Report (PIR) | December 31, 2020 |

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on December 02, 2021.



John B. Scott
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555
Prepared by: SOS-WEB

Fax: (512) 463-5709
TID: 10266

Dial: 7-1-1 for Relay Services
Document: 1098646480005

# Texas Franchise Tax Public Information Report

Comptroller of Public Accounts FORM 05-102 (Rev.9-11/30)

■ Tcode 13196 Franchise

*To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

| ■ Taxpayer number | | | | | | | | | | | ■ Report year | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 2 | 0 | 5 | 5 | 2 | 9 | 1 | 0 | 9 | 3 | 2 | 0 | 1 | 9 | |

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

| Taxpayer name | CINCH WIRELINE SERVICES, LLC | | |
|---|---|---|---|
| Mailing address | 208 EAST YORK | | Secretary of State (SOS) file number or Comptroller file number |
| City GANADO | State TX | ZIP Code 77962  Plus 4 | 0802072974 |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!*  Officer, director and manager information is reported as of the date a Public Information Report is completed.  The information is updated annually as part of the franchise tax report.  There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3205529109319

**SECTION A**  Name, title and mailing address of each officer, director or manager.

| Name PATRON WIRELINE, L.L.C. | Title MANAGING M | Director ◯ YES | Term expiration | m m d d y y |
|---|---|---|---|---|
| Mailing address 208 E. YORK | City GANADO | State TX | ZIP Code 77962 | |

| Name CINCH ENERGY SERVICES, LLC | Title MANAGING M | Director ◯ YES | Term expiration | m m d d y y |
|---|---|---|---|---|
| Mailing address 208 EAST YORK | City GANADO | State TX | ZIP Code 77962 | |

| Name JUSTIN SPRENCEL | Title MANAGING M | Director ◯ YES | Term expiration | m m d d y y |
|---|---|---|---|---|
| Mailing address 4083 EMIL ST. | City ROBSTOWN | State TX | ZIP Code 78380 | |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file.  *(see instructions if you need to make changes)*  ◯ Blacken circle if you need forms to change the registered agent or registered office information.

| Agent: DAVID S GIBSON II | | | |
|---|---|---|---|
| Office: 3833 S STAPLES ST STE S217 | City CORPUS CHRISTI | State TX | ZIP Code 78411 |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ► Travis S Cobb | Title Electronic | Date 09-13-2019 | Area code and phone number ( 979 ) 543 - 5388 |
|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE ◯ | PIR IND ◯ |
|---|---|

**EXHIBIT C**



John B. Scott
Secretary of State

# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

Cinch Wireline Services, LLC
Filing Number: 802072974

| | |
|---|---|
| Certificate of Formation | September 29, 2014 |
| Public Information Report (PIR) | December 31, 2015 |
| Public Information Report (PIR) | December 31, 2016 |
| Change of Registered Agent/Office | January 09, 2018 |
| Certificate of Amendment | February 27, 2018 |
| Public Information Report (PIR) | December 31, 2019 |
| Public Information Report (PIR) | December 31, 2020 |

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on December 02, 2021.



John B. Scott
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555
Prepared by: SOS-WEB

Fax: (512) 463-5709
TID: 10266

Dial: 7-1-1 for Relay Services
Document: 1098646480005

# Texas Franchise Tax Public Information Report

Comptroller of Public Accounts FORM 05-102 (Rev.9-11/30)

*To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Tcode 13196 Franchise

■ **Taxpayer number**  3 2 0 5 5 2 9 1 0 9 3

■ **Report year**  2 0 2 0

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

| | |
|---|---|
| Taxpayer name **Cinch Wireline services LLC** | |
| Mailing address **208 EAST YORK** | Secretary of State (SOS) file number or Comptroller file number |
| City **GANADO**  State **TX**  ZIP Code **77962**  Plus 4 | **0802072974** |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| |
|---|
| Principal office |
| Principal place of business |

*Please sign below!*  Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3205529109320

**SECTION A**  Name, title and mailing address of each officer, director or manager.

| Name **PATRON WIRELINE, L.L.C.** | Title **MANAGING M** | Director ○ YES | Term expiration | m m d d y y |
|---|---|---|---|---|
| Mailing address **208 E. YORK** | City **GANADO** | | State **TX** | ZIP Code **77962** |
| Name **CINCH ENERGY SERVICES, LLC** | Title **MANAGING M** | Director ○ YES | Term expiration | m m d d y y |
| Mailing address **208 EAST YORK** | City **GANADO** | | State **TX** | ZIP Code **77962** |
| Name **JUSTIN SPRENCEL** | Title **MANAGING M** | Director ○ YES | Term expiration | m m d d y y |
| Mailing address **4083 EMIL ST.** | City **ROBSTOWN** | | State **TX** | ZIP Code **78380** |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent  or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of 10  percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file.  *(see instructions if you need to make changes)*  ○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent:  **DAVID S GIBSON II**

| Office: **3833 S STAPLES ST STE S217** | City **CORPUS CHRISTI** | State **TX** | ZIP Code **78411** |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ **Loretta L Higgins** | Title **Electronic** | Date **10-15-2020** | Area code and phone number **( 713 ) 726 - 6414** |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ○ | PIR IND ○ |
|---|---|

**EXHIBIT**

**D**



John B. Scott
Secretary of State

# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

Cinch Wireline Services, LLC
Filing Number: 802072974

| | |
|---|---|
| Certificate of Formation | September 29, 2014 |
| Public Information Report (PIR) | December 31, 2015 |
| Public Information Report (PIR) | December 31, 2016 |
| Change of Registered Agent/Office | January 09, 2018 |
| Certificate of Amendment | February 27, 2018 |
| Public Information Report (PIR) | December 31, 2019 |
| Public Information Report (PIR) | December 31, 2020 |

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on December 02, 2021.



John B. Scott
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555          Fax: (512) 463-5709          Dial: 7-1-1 for Relay Services
Prepared by: SOS-WEB          TID: 10266          Document: 1098646480005

<table>
<tr><td>

**Form 424**
**(Revised 05/11)**

Submit in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512/463-5709
**Filing Fee: See instructions**

</td><td>



**Certificate of Amendment**

</td><td>

This space reserved for office use.

**F I L E D**
In the Office of the
Secretary of State of Texas

**FEB 27 2018**

**Corporations Section**

</td></tr>
</table>

## Entity Information

The name of the filing entity is:

Cinch Wireline Services, LLC

State the name of the entity as currently shown in the records of the secretary of state. If the amendment changes the name of the entity, state the old name and not the new name.

The filing entity is a: (Select the appropriate entity type below.)

☐ For-profit Corporation                     ☐ Professional Corporation

☐ Nonprofit Corporation                      ☐ Professional Limited Liability Company

☐ Cooperative Association                    ☐ Professional Association

☑ Limited Liability Company                  ☐ Limited Partnership

The file number issued to the filing entity by the secretary of state is:  802072974

The date of formation of the entity is:   09/29/2014

## Amendments

### 1. Amended Name
(If the purpose of the certificate of amendment is to change the name of the entity, use the following statement)

The amendment changes the certificate of formation to change the article or provision that names the filing entity. The article or provision is amended to read as follows:

The name of the filing entity is: (state the new name of the entity below)

The name of the entity must contain an organizational designation or accepted abbreviation of such term, as applicable.

### 2. Amended Registered Agent/Registered Office

The amendment changes the certificate of formation to change the article or provision stating the name of the registered agent and the registered office address of the filing entity. The article or provision is amended to read as follows:



Registered Agent<br>(Complete either A or B, but not both. Also complete C.)

☐ **A.** The registered agent is an organization (cannot be entity named above) by the name of:

_____

OR

☐ **B.** The registered agent is an individual resident of the state whose name is:

_____

| *First Name* | *M.I.* | *Last Name* | *Suffix* |
|---|---|---|---|

The person executing this instrument affirms that the person designated as the new registered agent has consented to serve as registered agent.

**C.** The business address of the registered agent and the registered office address is:

TX

| *Street Address (No P.O. Box)* | *City* | *State* | *Zip Code* |
|---|---|---|---|

### 3. Other Added, Altered, or Deleted Provisions

Other changes or additions to the certificate of formation may be made in the space provided below. If the space provided is insufficient, incorporate the additional text by providing an attachment to this form. Please read the instructions to this form for further information on format.

Text Area (The attached addendum, if any, is incorporated herein by reference.)

☐ **Add** each of the following provisions to the certificate of formation. The identification or reference of the added provision and the full text are as follows:

☑ **Alter** each of the following provisions of the certificate of formation. The identification or reference of the altered provision and the full text of the provision as amended are as follows:

See Attached Document, would not fit in this section.

☐ **Delete** each of the provisions identified below from the certificate of formation.

## Statement of Approval

The amendments to the certificate of formation have been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity.

## Effectiveness of Filing (Select either A, B, or C.)

A. ☑ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

---

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date:    02/14/2018

By: _____

Signature of authorized person

Frank Thomas Shumate, Jr.
Printed or typed name of authorized person (see instructions)

Alter Article 3 to Read:

Managing Member 1: Cinch Energy Services, LLC Title: Managing Member
Address: 208 East York, Ganado TX, USA 77962

Managing Member 2: Justin Sprencel
Address: 4083 Emil St., Robstown, TX, USA 78380

Managing member 3: Patron Wireline, L.L.C.
Address: 208 E. York, Ganado, TX, USA 77962



# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

Cinch Wireline Services, LLC
Filing Number: 802072974

| | |
|---|---|
| Certificate of Formation | September 29, 2014 |
| Public Information Report (PIR) | December 31, 2015 |
| Public Information Report (PIR) | December 31, 2016 |
| Change of Registered Agent/Office | January 09, 2018 |
| Certificate of Amendment | February 27, 2018 |
| Public Information Report (PIR) | December 31, 2019 |
| Public Information Report (PIR) | December 31, 2020 |

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on December 02, 2021.



John B. Scott
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555
Prepared by: SOS-WEB

Fax: (512) 463-5709
TID: 10266

Dial: 7-1-1 for Relay Services
Document: 1098646480005



### Certificate of Formation
### Limited Liability Company

**Filed in the Office of the
Secretary of State of Texas
Filing #: 802901645 01/09/2018
Document #: 787229230005
Image Generated Electronically
for Web Filing**

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

### Patron Wireline, L.L.C.

### Article 2 – Registered Agent and Registered Office

☐ A. The initial registered agent is an organization (cannot be company named above) by the name of:

### OR

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

**Name:**
### David  S  Gibson  II

C. The business address of the registered agent and the registered office address is:

**Street Address:**
### 3833 S Staples St
### STE s217  Corpus Christi  TX  78411

### Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

### OR

☑ B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☐ A. The limited liability company is to be managed by managers.

### OR

☑ B. The limited liability company will not have managers. Management of the company is reserved to the members.

The names and addresses of the governing persons are set forth below:

Managing Member 1: **Frank  Thomas  Shumate  Jr**          Title: **Managing Member**

Address: **208 E. York    Ganado  TX, USA  77962**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**EXHIBIT**
# F

### Supplemental Provisions / Information

[The attached addendum, if any, is incorporated herein by reference.]

## Organizer

The name and address of the organizer are set forth below.

**Frank Thomas Shumate, Jr.**     **208 E. York, Ganado TX 77962**

## Effectiveness of Filing

☑ A. This document becomes effective when the document is filed by the secretary of state.

### OR

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Frank Thomas Shumate, Jr.**

Signature of Organizer

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



John B. Scott
Secretary of State

# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

Patron Wireline, L.L.C.
Filing Number: 802901645

Certificate of Formation
Public Information Report (PIR)

January 09, 2018
December 31, 2021

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on December 02, 2021.



John B. Scott
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555
Prepared by: SOS-WEB
Fax: (512) 463-5709
TID: 10266
Dial: 7-1-1 for Relay Services
Document: 1098771920004

# Texas Franchise Tax Public Information Report

*To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

Comptroller of Public Accounts FORM 05-102 (Rev.9-11/30)

■ **Tcode** 13196 Franchise

| ■ Taxpayer number | ■ Report year |
|---|---|
| 3 2 0 6 5 8 7 1 4 9 6 | 2 0 2 1 |

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

| Taxpayer name | PATRON WIRELINE, L.L.C. | | | | |
|---|---|---|---|---|---|
| Mailing address | PO BOX 1121 | | | | Secretary of State (SOS) file number or Comptroller file number |
| City GANADO | State TX | ZIP Code 77962 | Plus 4 | | 0802901645 |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | |
|---|---|
| Principal place of business | 5821 Agnes St Corpus Christi, TX 78406 |

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3206587149621

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| **Frank Tom Shumate** | **Member** | ● YES | Term expiration | |
| Mailing address 5821 Anges St | City Corpus Christi | | State TX | ZIP Code 78406 |
| Name | Title | Director ○ YES | Term expiration | m m d d y y |
| Mailing address | City | | State | ZIP Code |
| Name | Title | Director ○ YES | Term expiration | m m d d y y |
| Mailing address | City | | State | ZIP Code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*

○ Blacken circle if you need forms to change the registered agent or registered office information.

| Agent: **DAVID S GIBSON II** | | | |
|---|---|---|---|
| Office: **3833 S STAPLES ST STE S217** | City **CORPUS CHRISTI** | State **TX** | ZIP Code **78411** |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here▶ Loretta L Higgins | Title Electronic | Date 05-14-2021 | Area code and phone number ( 713 ) 726 - 6414 |
|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE ○ | PIR IND ○ |
|---|---|

EXHIBIT
**G**



John B. Scott
Secretary of State

# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

Patron Wireline, L.L.C.
Filing Number: 802901645

Certificate of Formation                                         January 09, 2018
Public Information Report (PIR)                              December 31, 2021

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on December 02, 2021.



John B. Scott
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555                Fax: (512) 463-5709                Dial: 7-1-1 for Relay Services
Prepared by: SOS-WEB                TID: 10266                Document: 1098771920004





# Contact us via email, call us, or drop by.

## Ganado, TX

Corporate Office

208 E York

Ganado, Texas

[361-771-3401](tel:361-771-3401)

[s.lopez@cinchtexas.com](mailto:s.lopez@cinchtexas.com)

## Corpus Christi, TX

Wireline

5821 Agnes Street

Corpus Christi, Texas

[361-452-3681](tel:361-452-3681)

[m.mendietta@cinchtexas.com](mailto:m.mendietta@cinchtexas.com)



## Directory



EXHIBIT

**H**





# Corporate Office

**Corporate Office**

361-771-3401

Mon. - Fri 8am-5pm



## Cinch Energy

Open from 8 AM to 5 PM



## Cinch Wireline

Open from 8 AM to 5 PM



Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300

### Certificate of Formation
### Limited Liability Company

**Filed in the Office of the
Secretary of State of Texas
Filing #: 801531726 01/09/2012
Document #: 403628720002
Image Generated Electronically
for Web Filing**

---

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

## Cinch Energy Services, L.L.C.

### Article 2 – Registered Agent and Registered Office

☐ A. The initial registered agent is an organization (cannot be company named above) by the name of:

### OR

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

**Name:**
## Mark   Lopez

C. The business address of the registered agent and the registered office address is:

**Street Address:**
## 1102 S. Second   Ganado TX 77962

### Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

### OR

☑ B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☐ A. The limited liability company is to be managed by managers.

### OR

☑ B. The limited liability company will not have managers. Management of the company is reserved to the members.
The names and addresses of the governing persons are set forth below:

| Managing Member 1: **Mark   Lopez** | Title: **Managing Member** |
|---|---|

Address: **1102 S. Second   Ganado TX, USA  77962**

| Managing Member 2: **Frank  Thomas  Shumate  Jr** | Title: **Managing Member** |
|---|---|

Address: **6118 King Trail   Corpus Christi  TX, USA  78414**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.



### Supplemental Provisions / Information

[The attached addendum, if any, is incorporated herein by reference.]

**Consent to Serve as Registered Agent.pdf**

### Organizer

The name and address of the organizer are set forth below.

**Mark Lopez          1102 S. Second, Ganado, Texas 77962**

### Effectiveness of Filing

☑A. This document becomes effective when the document is filed by the secretary of state.

### OR

☐B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

### Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Mark Lopez**

Signature of Organizer

FILING OFFICE COPY

**Form 401-A**
**(Revised 12/09)**



**Acceptance of Appointment**
**and**
**Consent to Serve as Registered Agent**
**§5.201(b) Business Organizations Code**

The following form may be used when the person designated as registered agent in a registered agent filing is an individual.

---

Acceptance of Appointment and Consent to Serve as Registered Agent

I acknowledge, accept and consent to my designation or appointment as registered agent in Texas for

Cinch Energy Services, L.L.C.

*Name of represented entity*

I am a resident of the state and understand that it will be my responsibility to receive any process, notice, or demand that is served on me as the registered agent of the represented entity; to forward such to the represented entity; and to immediately notify the represented entity and submit a statement of resignation to the Secretary of State if I resign.

X: _____          Mark Lopez                    01/09/2012
*Signature of registered agent*           *Printed name of registered agent*      *Date (mm/dd/yyyy)*

---

The following form may be used when the person designated as registered agent in a registered agent filing is an organization.

---

Acceptance of Appointment and Consent to Serve as Registered Agent

I am authorized to act on behalf of _____

*Name of organization designated as registered agent*

The organization is registered or otherwise authorized to do business in Texas. The organization acknowledges, accepts and consents to its appointment or designation as registered agent in Texas for:

_____

*Name of represented entity*

The organization takes responsibility to receive any process, notice, or demand that is served on the organization as the registered agent of the represented entity; to forward such to the represented entity; and to immediately notify the represented entity and submit a statement of resignation to the Secretary of State if the organization resigns.

X: _____
*Signature of person authorized to act on behalf of organization*   *Printed name of authorized person*   *Date (mm/dd/yyyy)*

---



# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

Cinch Energy Services, L.L.C.
Filing Number: 801531726

Certificate of Formation                                                                        January 09, 2012
Public Information Report (PIR)                                                       December 31, 2015
Public Information Report (PIR)                                                       December 31, 2019

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on December 02, 2021.



John B. Scott
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555                    Fax: (512) 463-5709                    Dial: 7-1-1 for Relay Services
Prepared by: SOS-WEB                     TID: 10266                              Document: 1098771920002

# Texas Franchise Tax Public Information Report

Comptroller of Public Accounts FORM 05-102 (Rev.9-11/30)

*To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ **Tcode** 13196 Franchise

■ **Taxpayer number** 3 2 0 4 6 4 6 1 6 6 4

■ **Report year** 2 0 2 0

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.

| Taxpayer name | CINCH ENERGY SERVICES, L.L.C. | | |
|---|---|---|---|
| Mailing address | PO BOX 707 | | Secretary of State (SOS) file number or Comptroller file number |
| City GANADO | State TX | ZIP Code 77962  Plus 4 | 0801531726 |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204646166420

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name FRANK THOMAS SHUMATE JR | Title PRESIDENT | Director ○ YES | Term expiration | m m d d y y |
|---|---|---|---|---|
| Mailing address 6118 KING TRAIL | City CORPUS CHRISTI | | State TX | ZIP Code 78414 |
| Name MARK LOPEZ | Title VICE PRESI | Director ○ YES | Term expiration | m m d d y y |
| Mailing address P.O. BOX 175 | City GANADO | | State TX | ZIP Code 77962 |
| Name | Title | Director ○ YES | Term expiration | m m d d y y |
| Mailing address | City | | State | ZIP Code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)* ○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent: **MARK LOPEZ**

| Office: 208 E York St | City GANADO | State TX | ZIP Code 77962 |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ► Loretta L Higgins | Title Electronic | Date 10-15-2020 | Area code and phone number ( 713 ) 726 - 6414 |
|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE ○ | PIR IND ○ |
|---|---|

EXHIBIT
J



# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

Cinch Energy Services, L.L.C.
Filing Number: 801531726

| | |
|---|---|
| Certificate of Formation | January 09, 2012 |
| Public Information Report (PIR) | December 31, 2015 |
| Public Information Report (PIR) | December 31, 2019 |

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on December 02, 2021.



John B. Scott
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555
Prepared by: SOS-WEB

Fax: (512) 463-5709
TID: 10266

Dial: 7-1-1 for Relay Services
Document: 1098771920002

CAUSE NO. 2020DCV-3095-B

| | | |
|---|---|---|
| MARY KAY MCGUFFIN, | § | IN THE DISTRICT COURT |
| PLAINTIFF, | § | |
| | § | |
| V. | § | 117TH JUDICIAL DISTRICT |
| | § | |
| CINCH ENERGY SERVICES, LLC, | § | |
| ET AL   DEFENDANTS. | § | NUECES COUNTY, TEXAS |

---

## DECLARATION OF MARY KAY MCGUFFIN

---

My name is Mary Kay McGuffin.

My date of birth is May 28, 1970.

My address is 1300 Pleasant Trail Road, Alleyton, Texas  78935.

I declare under penalty of perjury the following is true and correct:

I am the Plaintiff in this case.

I have personal knowledge of the facts stated in this declaration.

I am a resident of Colorado County, Texas.

I declare under penalty of perjury that the foregoing statements in my Application for Temporary Injunction are true and correct.

Executed in Colorado County, State of Texas on the 11th Day of December, 2023.



Mary Kay McGuffin



# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

LeRae Karn on behalf of Ernest Boyd
Bar No. 783694
lerae.hancock@live.com
Envelope ID: 82445537
Filing Code Description: Amended Filing
Filing Description: Plaintiff Mary Kay McGuffin's Third Amended Petition, Request For Accounting, Request For Temporary Injunction, Declaratory Judgment, And Jury Demand
Status as of 12/13/2023 9:53 AM CST

Associated Case Party: MaryKayMcGuffin

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Katrina Chamblee-Boyd | | katrinaboyd@butchboydlawfirm.com | 12/11/2023 2:23:27 PM | SENT |
| LeRae Karn | | leraekarn@butchboydlawfirm.com | 12/11/2023 2:23:27 PM | SENT |
| Jillian Scherrer | | jillianscherrer@butchboydlawfirm.com | 12/11/2023 2:23:27 PM | SENT |
| Butch Boyd | | butchboyd@butchboylawfirm.com | 12/11/2023 2:23:27 PM | ERROR |

Associated Case Party: Cinch Energy Services, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Douglas AAllison | | doug@dallisonlaw.com | 12/11/2023 2:23:27 PM | SENT |
| Kim Brunkenhoefer | | kim@dallisonlaw.com | 12/11/2023 2:23:27 PM | SENT |
| Susan Gonzales | | susan@dallisonlaw.com | 12/11/2023 2:23:27 PM | SENT |
| Eric A.Laskowski | | Eric@KirklinLaw.com | 12/11/2023 2:23:27 PM | SENT |
| Sharon Wright | | sharon@smcesq.com | 12/11/2023 2:23:27 PM | SENT |
| Paul O'Finan | | paul@smcesq.com | 12/11/2023 2:23:27 PM | SENT |
| Melissa Christian | | melissa@smcesq.com | 12/11/2023 2:23:27 PM | SENT |
| Paul Kirklin | | pkirklin@kirklinlaw.com | 12/11/2023 2:23:27 PM | SENT |

Associated Case Party: Cinch Wireline Services LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Eric A.Laskowski | | Eric@KirklinLaw.com | 12/11/2023 2:23:27 PM | SENT |
| Paul Kirklin | | pkirklin@kirklinlaw.com | 12/11/2023 2:23:27 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

LeRae Karn on behalf of Ernest Boyd
Bar No. 783694
lerae.hancock@live.com
Envelope ID: 82445537
Filing Code Description: Amended Filing
Filing Description: Plaintiff Mary Kay McGuffin's Third Amended Petition, Request For Accounting, Request For Temporary Injunction, Declaratory Judgment, And Jury Demand
Status as of 12/13/2023 9:53 AM CST

Associated Case Party: FrankThomasShumate

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Eric A.Laskowski | | Eric@KirklinLaw.com | 12/11/2023 2:23:27 PM | SENT |
| Paul Kirklin | | pkirklin@kirklinlaw.com | 12/11/2023 2:23:27 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Frank Edward Weathered | 20998600 | frank@weatheredlaw.com | 12/11/2023 2:23:27 PM | SENT |
| Douglas A. Allison | 1083500 | doug@dallisonlaw.com | 12/11/2023 2:23:27 PM | SENT |
| Brandon Evans | | pkirklin@kirklinlaw.com | 12/11/2023 2:23:27 PM | SENT |
| Michael J. Blanchard | | mikeblanchard@butchboydlawfirm.com | 12/11/2023 2:23:27 PM | SENT |
| LeRae Karn | | leraekarn@butchboydlawfirm.com | 12/11/2023 2:23:27 PM | SENT |
| Sandy Murray | | sandymurray@butchboydlawfirm.com | 12/11/2023 2:23:27 PM | SENT |
| Paul Kirland | | pkirklin@kirklinlaw.com | 12/11/2023 2:23:27 PM | SENT |
| Jason Pepe | | jpepe@kirklinlaw.com | 12/11/2023 2:23:27 PM | SENT |
| Alysa Grissom | | agrissom@hilliard-law.com | 12/11/2023 2:23:27 PM | SENT |
| J. Mitchell Clark | | mitchell@hilliard-law.com | 12/11/2023 2:23:27 PM | SENT |
| Brandon Evans | | bevans@kirklinlaw.com | 12/11/2023 2:23:27 PM | SENT |

Associated Case Party: Justin Sprencel

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mel Galvan | | mel@dcklawyers.com | 12/11/2023 2:23:27 PM | SENT |