# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 23-51742-cag |
| CINCH WIRELINE SERVICES, LLC, § | |
| § | Chapter 7 |
| Debtor. § | |

## ORDER GRANTING CINCH ENERGY SERVICES, LLC'S MOTION TO DISQUALIFY BUTCH BOYD LAW FIRM, P.C. AND JORDAN & ORTIZ, P.C. AS SPECIAL COUNSEL FOR THE TRUSTEE

On this day came on to be considered Cinch Energy Services, LLC's ("Cinch Energy") Motion to Disqualify Butch Boyd Law Firm, P.C. and Jordan & Ortiz, P.C. as Special Counsel for the Trustee (Dkt. No. 141) (the "Motion"). The Court, having considered the Motion, the response, if any, argument of counsel, and the record in this case, finds that Butch Boyd Law Firm, P.C. and Jordan & Ortiz, P.C. should be disqualified as Special Counsel for the Trustee.

IT IS HEREBY ORDERED that the Motion is GRANTED in its entirety.

IT IS FURTHER ORDERED Butch Boyd, the Butch Boyd Law Firm, P.C., Shelby Jordan, and Jordan & Ortiz, P.C. are hereby disqualified from appearing in this bankruptcy case and any

HB: 4876-5253-1666.1

related adversary proceeding, either on behalf of the Trustee or Mary Kay McGuffin.

IT IS FURTHER ORDERED that the Court's Order Approving Employment of Application for Retention of Butch Boyd Law Firm, P.C. and Jordan & Ortiz, P.C. as Special Counsel for the Trustee Pursuant to 11 U.S.C. §327(a) (Dkt. No. 57) is hereby withdrawn and of no force or effect.

# # #

ORDER SUBMITTED BY:

Jameson J. Watts
Texas State Bar No. 24079552
jameson.watts@huschblackwell.com
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 479-1179
(512) 479-1101 (fax)