IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
(SAN ANTONIO DIVISION)

| | | |
|---|---|---|
| In re: | § | |
| **CINCH WIRELINE SERVICES, LLC** | § | Case No. 23-51742-cag |
| Debtor | § | Chapter 7 |
| _____ | § | _____ |

**AMENDED WITNESS AND EXHIBIT LIST OF
JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES John Patrick Lowe, Trustee ("Trustee"), the duly appointed and acting Chapter 7 Trustee in the above-captioned bankruptcy case, and hereby files its Amended Witness and Exhibit List to be used in connection with the Tuesday, August 20, 2024 hearing. Trustee may call the following witnesses and offer the following exhibits:

**LIST OF WITNESSES**

1. Pat Lowe, Chapter 7 Trustee (appearing via WebEx)
2. Shelby Jordan
3. Butch Boyd
4. Paul O'Finan
5. Jameson Watts
6. Frank Shumate
7. Any witness called by any other creditor, any other party in interest that may appear and seek to be heard at the hearing, and any rebuttal witness as may be required.
8. Any rebuttal witnesses necessary.

## LIST OF EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Application for Retention of Butch Boyd Law Firm and Jordan & Ortiz, P.C, as Counsel for Trustee [Judicial Notice Docket #37] | | | | |
| 2. | Declaration of Butch Boyd [Judicial Notice Docket #37-1] | | | | |
| 3. | Declaration of Shelby Jordan [Judicial Notice Docket #37-2] | | | | |
| 4. | Supplement and Clarification of Application for Retention of Butch Boyd Law Firm and Jordan & Ortiz, P.C. as Counsel for Trustee [Judicial Notice Docket #42] | | | | |
| 5. | Declaration of Butch Boyd [Judicial Notice Docket #42-1] | | | | |
| 6. | Declaration of Shelby Jordan [Judicial Notice Docket #42-2] | | | | |
| 7. | 4/25/24 Transcript (pages 18-26) | | | | |
| 8. | Notice of Withdrawal of Notice of Appearance by Shelby Jordan for Mary Kay McGuffin [Judicial Notice Docket #171] | | | | |
| 9. | Proffer of Pat Lowe | | | | |
| 10. | Amended Notice of Lis Pendens | | | | |
|  | Any exhibit identified, introduced, designated, or relied upon by any other party. | | | | |
|  | Any exhibits necessary for rebuttal or impeachment purposes. | | | | |

The Trustee reserves the right to amend this Exhibit List and to introduce other exhibits as may be necessary for impeachment purposes. The Trustee also reserves the right to introduce exhibits designated by opposing counsel.

Dated: August 19, 2024

                                      Respectfully submitted,

                                      /s/ *Butch Boyd*
                                      Butch Boyd
                                      State Bar No. 00783694
                                      **BUTCH BOYD LAW FIRM, P.C.**
                                      2905 Sackett Street
                                      Houston, TX 77098

Phone: (713) 589-8477
Fax: (713)589-8563
Email: butchboyd@butchboydlawfirm.com
copy to: katrinaboyd@butchboydlawfirm.com

*/s/ Shelby A. Jordan*
Shelby A. Jordan
St. Bar No. 11016700; S.D. No. 2195
Antonio Ortiz
St. Bar No. 24074839; SD. No. 1127322
***JORDAN& ORTIZ, P.C.***
500 N. Shoreline Blvd, Suite 804
Corpus Christi, TX 78401
Telephone: 361.884.5678
Facsimile: 361.888.5555
Email: sjordan@jhwclaw.com
aortiz@jhwclaw.com
copy to: cmadden@jhwclaw.com
**SPECIAL COUNSEL FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Witness and Exhibit List was served to the below, by the CM/ECF system; by electronic mail on August 19, 2024:

| | | |
|---|---|---|
| **Brandon Craig Bickle**<br>Gable & Gotwals, PC<br>110 N Elgin Ave, Suite 200<br>Tulsa, OK 74120<br>(918) 595-4800<br>(918) 595-4990 (fax)<br>bbickle@gablelaw.com<br>*Assigned: 01/09/2024* | representing | **First International Bank & Trust**<br>*(Creditor)* |
| **Shawn K. Brady**<br>Brady Law Firm, PLLC<br>6136 Frisco Square Blvd., Suite 400<br>Frisco, TX 75034-5891<br>469-287-5484<br>sgodwin@brady-law-firm.com<br>*Assigned: 02/20/2024* | representing | **Ford Motor Credit Company**<br>Brady Law Firm<br>6136 Frisco Square Blvd., Suite 400<br>Frisco, TX 75034<br>469-287-5474<br>sgodwin@brady-law-firm.com<br>*(Creditor)* |
| **Beau Butler**<br>Jackson Walker LLP<br>100 Congress Avenue<br>Suite 1100 | representing | **Pathward, National Association**<br>c/o Beau H. Butler<br>Jackson Walker LLP<br>100 Congress Avenue, Suite 1100 |

| | | |
|---|---|---|
| Austin, TX 78701<br>512-236-2256<br>bbutler@jw.com<br>  *Assigned: 07/29/2024* | | Austin, TX 78701<br>(512) 236-2000<br>bbutler@jw.com<br>*(Interested Party)* |
| **Annmarie Antoniette Chiarello**<br>Winstead PC<br>2728 N. Harwood Street<br>500 Winstead Building<br>Dallas, TX 75201<br>214-745-5410<br>713-650-2400 (fax)<br>achiarello@winstead.com<br>  *Assigned: 06/28/2024* | representing | **Simmons Bank**<br>c/o Winstead PC Attn: Annmarie Chiarello<br>500 Winstead Building<br>2728 North Harwood Street<br>Dallas, TX 75201<br>2147455410<br>achiarello@winstead.com<br>*(Creditor)* |
| **Mitchell Clark**<br>Law Offices of J. Mitchell Clark<br>3722 Nahid Court<br>Corpus Christi, TX 78418<br>361-887-8500<br>361-882-4500 (fax)<br>mitchell@txverdict.com<br>  *Assigned: 03/14/2024* | representing | **Justin Sprencel**<br>4083 Emil Street<br>Robstown, TX 78380<br>3617715986<br>justin@dbatcorpuschristi.com<br>*(Interested Party)* |
| **Laura Crabtree**<br>Dore Rothberg Law, PC<br>16225 Park Ten Place Dr.<br>Suite 700<br>Houston, TX 77084<br>(281) 829-1555<br>(281) 200-0751 (fax)<br>lcrabtree@dorelaw.com<br>  *Assigned: 05/02/2024* | representing | **Hunting Titan, Inc.**<br>*(Creditor)* |
| **Carl Dore, Jr**<br>Dore Law Group, PC<br>17171 Park Row, Suite 160<br>Houston, TX 77084<br>(281) 829-1555<br>(281) 200-0751 (fax)<br>carl@dorelawgroup.net<br>  *Assigned: 01/09/2024* | representing | **Hunting Titan, Inc.**<br>*(Creditor)* |
| **Jason Alexander Enright**<br>Winstead PC<br>500 Winstead Building | representing | **Simmons Bank**<br>c/o Winstead PC Attn: Annmarie Chiarello |

4

| | | |
|---|---|---|
| 2728 N. Harwood Street<br>Dallas, TX 75201<br>214-745-5844<br>214-745-5390 (fax)<br>jenright@winstead.com<br>  *Assigned: 07/25/2024* | | 500 Winstead Building<br>2728 North Harwood Street<br>Dallas, TX 75201<br>2147455410<br>achiarello@winstead.com<br>*(Creditor)* |
| **James W. King**<br>Offerman and King, LLP<br>6420 Wellington Place<br>Beaumont, TX 77706<br>(409) 860-9000<br>(409) 860-9199 (fax)<br>jking@offermanking.com<br>  *Assigned: 02/14/2024* | representing | **National Tank & Equipment, LLC**<br>c/o James W. King<br>6420 Wellington Pl<br>Beaumont, TX 77706<br>*(Creditor)* |
| **William B. Kingman**<br>3511 Broadway<br>San Antonio, TX 78209<br>(210) 829-1199<br>bkingman@kingmanlaw.com<br>  *Assigned: 05/28/2024* | representing | **Craig Smith**<br>*(Attorney)* |
| **John Patrick Lowe**<br>2402 East Main Street<br>Uvalde, TX 78801<br>830-407-5115<br>pat.lowe.law@gmail.com<br>  *Assigned: 02/21/2024* | representing | **John Patrick Lowe**<br>2402 East Main Street<br>Uvalde, TX 78801<br>830-407-5115<br>pat.lowe.law@gmail.com<br>*(Trustee)* |
| **John F Massouh**<br>Sprouse Shrader Smith P.C.<br>P.O. Box 15008<br>Suite 500<br>Amarillo, TX 79101<br>806-468-3300<br>806-373-3454 (fax)<br>john.massouh@sprouselaw.com<br>  *Assigned: 01/09/2024* | representing | **A-7 AUSTIN, LLC**<br>c/o John Massouh<br>SPROUSE SHRADER SMITH<br>P.O. Box 15008<br>Amarillo, TX 79105<br>*(Creditor)* |
| **Mark C. Moore**<br>Foley & Lardner LLP<br>2021 McKinney Avenue<br>Suite 1600<br>Dallas, TX 75201<br>214-999-4150 | representing | **Equify Financial, LLC**<br>*(Creditor)* |

| | | |
|---|---|---|
| 214-999-4667 (fax)<br>mmoore@foley.com<br>  *Assigned: 07/18/2024* | | |
| **Christopher S. Murphy**<br>Texas Attorney General's Office<br>P.O. Box 12548<br>Austin, TX 78711<br>512-475-4867<br>512-936-1409 (fax)<br>bk-cmurphy@oag.texas.gov<br>  *Assigned: 01/08/2024* | representing | **Texas Comptroller of Public Accounts, Revenue Accounting Division**<br>Christopher S. Murphy<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>*(Creditor)* |
| **Charles A. Newton**<br>Newtons Law<br>190 N. Millport Circle<br>The Woodlands, TX 77382<br>281-681-1170<br>281-901-5631 (fax)<br>chuck@newtons.law<br>  *Assigned: 05/02/2024* | representing | **Mark Lopez**<br>52 County Road 3011<br>Edna, TX 77957<br>*(Interested Party)* |
| **Mary Rofaeil**<br>Foley & Lardner LLP<br>2021 McKinney Avenue<br>Suite 1600<br>Dallas, TX 75201<br>817-412-8022<br>mary.rofaeil@foley.com<br>  *Assigned: 07/18/2024* | representing | **Equify Financial, LLC**<br>*(Creditor)* |
| **Jameson Joseph Watts**<br>Husch Blackwell LLP<br>111 Congress Ave.,<br>Suite 1400<br>Austin, TX 78701<br>512-479-1179<br>512-479-1101 (fax)<br>jameson.watts@huschblackwell.com<br>  *Assigned: 05/27/2024* | representing | **Frank Thomas Shumate**<br>*(Interested Party)* |
|   *Assigned: 07/15/2024* | representing | **Cinch Energy Services, LLC**<br>*(Interested Party)* |
| **James Samuel Wilkins**<br>James S. Wilkins, PC | representing | **Cinch Wireline Services, LLC**<br>146 Motts Parkway |

1100 NW Loop 410, Suite 700  
San Antonio, TX 78213  
(210) 271-9212  
jwilkins@stic.net  
 *Assigned: 12/13/2023*

Marion, TX 78124  
*(Debtor)*

*/s/ Butch Boyd*  
Butch Boyd