IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

Dated: September 20, 2024.



_____
CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | Case No. 23-51742 |
| CINCH WIRELINE SERVICES, LLC | § | |
| Debtor, | § | Chapter 7 |

ORDER DENYING
CINCH ENERGY SERVICES, LLC'S OMNIBUS OBJECTION
TO CLAIM NUMBERS 19, 51, AND 52 WITHOUT PREJUDICE

On September 19, 2024, the Court heard Cinch Energy Services, LLC's Omnibus Objection (Dct. 139) to Claim Number 19 filed by Jason Sprencel, Claim Number 51 filed by Mary Kay McGuffin, and Claim Number 52 filed by Michael R. Mendietta. CES appeared by and through its counsel of record. In turn, Sprencel, Mendietta, and McGuffin appeared in person and by and through their respective counsel of record. During the hearing, CES withdrew without prejudice its objection to that part of Claim Number 52 regarding credit charge charges. After reviewing the Claims, the Omnibus

1

Objection, and the Responses thereto, and hearing the arguments of counsel, the Court is of the opinion that CES lacks standing at the present time to make the Omnibus Objection and therefore the Omnibus Objection should be denied without prejudice.

It is therefore ORDERED that CES's Omnibus Objection to Claim Numbers 19, 51, and 52 be, and the same is hereby DENIED without prejudice.

# # #

**Submitted By:**
Frank Weathered
**FRANK WEATHERED P.C.**
TX Bar No. 20998600
frank@weatheredlaw.com
P.O. Box 6935
Corpus Christi, Texas 78466
Telephone No.: 361-904-3157

J. Mitchell Clark, of Counsel
**HILLIARD LAW**
TX Bar. No. 04283900
mitchell@hilliard-law.com
719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
Telephone No.: 361.882.1612
Facsimile No.: 361.882.3015
*Attorneys for Justin Sprencel*

**Gabi S. Canales**
State Bar No. 24012376
Canales Law Office
5262 S. Staples, Suite 100
Corpus Christi, Texas 78411
Tel: (361) 887-4700
Fax: (361) 887-4761
gabilaw14@gmail.com
*Attorney for Michael Mendietta and Mary Kay McGuffin*