# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 23–51742–cag

Chapter No.: 7

Judge: Craig A Gargotta

IN RE: **Cinch Wireline Services, LLC**, Debtor(s)

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **6/11/25** was filed on **6/26/25**. The following deadlines apply:

The parties have until **July 3, 2025** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **July 17, 2025**.

If a request for redaction is filed, the redacted transcript is due **July 28, 2025**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **September 24, 2025** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **Heidi Jolliff of Access Transcripts, LLC Ph# 855–873–2223**, or you may view the document at the clerk's office public terminal.

Dated: 6/27/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court
BY: Daniel Paez

[Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction (BK)] [NtcftddlrrBKap] ]